UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:15-cr-49-FtM-38CM

MILTON L. JOHNSON
_____

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for a MasterPiece Arms, 9mm semi-automatic pistol, Serial Number F10080 and Aguila 9mm ammunition.

The Court, being fully advised in the premises, hereby finds as follows:

1. On January 11, 2016, the Court entered a Preliminary Order of Forfeiture, seeking forfeiture of defendant Johnson's right, title, and interest in the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).   Doc. 57.

2. In accordance with the provisions of Title 21, United States Code, Section 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the firearm and ammunition, on the official government website, www.forfeiture.gov, from January 13, 2016 through February 11, 2016.  Doc. 64.  The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-

194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

3. No person or entity, other than Johnson, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the firearm and ammunition. No third party has filed a petition or claimed an interest in these firearm and ammunition, and the time for filing a petition has expired.

4. The Court finds that the firearm and ammunition are the property of defendant Johnson.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is **GRANTED**. It is **FURTHER ORDERED** that all right, title and interest in the firearm and ammunition is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) for disposition according to law. Clear title to the identified firearm and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, this 16th day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   To All Parties